CITY OF NEWARK, a municipal corporation, respondent,

*v.*

JOSEPH HOLLANDER, INC., et al., appellants.

[Decided May 3d, 1946.]

*Mr. Milton M. Unger,* for the appellants.

*Mr. Thomas L. Parsonnet (Mr. Joseph A. Ward,* of counsel), for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stein and reported in *136 N. J. Eq. 539.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, BODINE, DONGES, HEHER, PERSKIE, OLIPHANT, WELLS, RAFFERTY, DILL, McGEEHAN, JJ. 11.

*For reversal*—None.